FILED
CLERK, U.S. DISTRICT COURT

SEP 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CEASAR DUNCAN,<br>　　　　Petitioner,<br>　　v.<br>J. WOODFORD, Warden,<br>　　　　Respondent. | Case No. CV 07-04543 RGK (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING MOTION TO STAY |

　　　Pursuant to 28 U.S.C. § 636, the Court has conducted a *de novo* review of the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's "Opposition" (docket no. 33) to the R&R, which is construed as his Objection to the R&R, and his concurrently filed motion for stay and abeyance (docket no. 32) ("motion to stay").

　　　IT IS ORDERED that:

　　　1.　The Court finds the Objection fails to address the merits of the R&R. Instead, by way of his Objection and his motion to stay, Petitioner requests the Court to stay the action "until the U.S. Magistrate Judge makes a Report and Recommendation to all of Petitioner's claims raised in his Federal Writ of Habeas Corpus." (Objection

1:17-19.) In conjunction with his request and motion to stay, Petitioner principally contends Respondent's Answer and the Magistrate Judge's R&R did not address "each and every allegation" or all of the "issues" raised in his Petition. (Objection 1:19-2:5, Ex. A at 3-4.) Petitioner's vague and conclusory allegation does not expressly identify the specific "allegations" or "issues" that were not ostensibly addressed. Further, Petitioner's contention lacks merit. The Court and Respondent are only required to address those material allegations and issues that are properly and fairly presented in a claim that is expressly raised in a habeas petition. In this regard, the Court finds Respondent's Answer and the R&R expressly addressed each of the five claims that were clearly and properly raised by way of paragraph 7 of the Petition and Appendix A (consisting of a copy of Petitioner's petition for review filed with the California Supreme Court). (*See* Pet. 5-6, ¶ 7, App. A; Answer 15:5-15, 16, 19-23, 25, 28-29, 33; R&R 3:13-16, 14-15, 18, 21, 23, 26-32.) To the extent Petitioner contends or suggests the Petition has other claims that are buried somewhere in the approximately 200 pages attached to his Petition, these hidden claims were not expressly identified or fairly presented in paragraph 7 of the Petition and neither the Court nor Respondent is required to hunt for these other claims. Therefore, the Objection is overruled, the request and motion to stay the action are denied, and the R&R is approved and adopted in its entirety.

    2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

    3. Any other pending motions are denied as moot and are terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: September 23, 2008

                                       /s/ Gary Klausner
                                       R. GARY KLAUSNER
                                       UNITED STATES DISTRICT JUDGE