JS-6/Enter

FILED
CLERK, U.S. DISTRICT COURT
SEP 2 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CEASAR DUNCAN,             ) Case No. CV 07-04543 RGK (AN)
             Petitioner,   )
     v.                    ) JUDGMENT
J. WOODFORD, Warden,       )
             Respondent.   )
_____)

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: September 23, 2008

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY